**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| NEEKO GORDON, | : | Case No. 1:26-cv-305 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | |
| CHAE HARRIS, WARDEN, *et al.*, | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| Defendants. | : | |
| | : | |

**DEFICIENCY ORDER**

Plaintiff, a state prisoner at the Warren Correctional Institution in Lebanon, Ohio, has filed a motion for leave to proceed *in forma pauperis* in connection with a civil rights complaint in this Court.  (Doc. 1).

Under the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(a)-(h), a prisoner seeking to bring a civil action without prepayment of fees must submit an application and affidavit to proceed without prepayment of fees, accompanied by a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the cashier of the prison at which the plaintiff is or was confined.  28 U.S.C. § 1915(a)(2).

In this case, Plaintiff's motion for leave to proceed *in forma pauperis* is incomplete. First, Plaintiff failed to provide the Court with a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of his complaint as required by the PLRA.  Second, Plaintiff failed to include the "Certificate" page of Plaintiff's application (page 8 of the Application and Affidavit By Incarcerated Person to

Proceed Without Prepayment of Fees form that is used in this Court) to be completed and signed by the institutional cashier.

Plaintiff is therefore **ORDERED** to pay $405 ($350 filing fee plus $55 administrative fee) **or** submit to the Court a **completed** Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form, **including** a certified copy of his trust fund account statement (or institutional equivalent) for the preceding six-month period **and** a "Certificate" page (page 8 of the Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form that is used in this Court), completed and signed by the institutional cashier, **within thirty (30) days** of the date of this Order.

If Plaintiff fails to comply with this Order, he is **WARNED** that the Court will dismiss his case for want of prosecution. *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997).  If Plaintiff's case is dismissed for failure to comply with this Order, the case will not be reinstated to the Court's active docket despite the payment of the filing fee. *Id*. Should Plaintiff need additional time to comply with this Order, he should file a motion for an extension of time.

The Clerk is **DIRECTED** to provide Plaintiff with an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form.  The Clerk is further **DIRECTED** to send a copy of this Order to the cashier of the prison at which Plaintiff is confined.

**IT IS SO ORDERED.**

March 27, 2026

*s/ Kimberly A. Jolson*
KIMBERLY A. JOLSON
United States Magistrate Judge

2